# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DADGE WILLIAM PARRISH** | **Case No.: 4:18-CR-00043-CDL-MSH-1** |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant, Dade William Parrish, has moved the Court to continue the pretrial conference, scheduled in the above-styled case, presently scheduled for March 19, 2019. The Government does not oppose this motion and this case has not been previously continued. Mr. Parrish was arraigned on February 13, 2019, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government, if warranted. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant=s Unopposed Motion for Continuance in the Interest of Justice [Doc.20] is **GRANTED**, and it is hereby ordered that this case shall be continued until **June 4, 2019 at 2:00pm** in Columbus. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **14th** day of **March, 2019**.

s/Clay D. Land
CLAY D. LAND, CHIEF
UNITED STATES DISTRICT COURT